**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 14-CR-00258-MSK-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  RAUL VARGAZ-ORTIZ,**

**Defendant.**

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Counsel have requested that this matter be set for a Change of Plea Hearing before the Magistrate Judge, therefore:

**IT IS HEREBY ORDERED** that a Change of Plea Hearing is scheduled for May 26, 2015 at 10:15 a.m. before the Magistrate Judge in Durango, Colorado.

**IT IS FURTHER ORDERED** that a Consent of the Defendant pursuant to the Durango Protocol must be filed prior to this hearing.

**DATED: May 14, 2015.**

                                             **BY THE COURT:**

                                             **s/David L. West**
                                             **United States Magistrate Judge**