**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover          Date: August 10, 2015
Court Reporter: Terri Lindblom
Probation Officer: Erika Hitti
Interpreter: Ellen Klaver

Criminal Action No. 14-cr-000258-MSK

*Parties*:                                                    *Counsel*:

UNITED STATES OF AMERICA,                  Dondi Osborne

    Plaintiff,

v.

RAUL A. VARGIS-ORTIZ,                          Timothy O'Hara

    Defendant.

---

**SENTENCING MINUTES**
---

**2:44 p.m.       Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on May 26, 2015.  Defendant pled guilty to Count 1 of the Indictment.**

The Court adopts the Magistrate Judge's recommendation and accepts the defendant's plea of guilty.  Defendant is adjudged guilty as charged in **Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The defendant **does** request departure. (**Doc. #79**) Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #77**).  Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Defendant's Motion for Non-Guideline Sentence (**Doc. #77**) is **DENIED**.

Defendant Motion for Departure (**Doc. #79**) is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:50 p.m.    Court in recess.**

Total Time:    1 hour 6 minutes.
Hearing concluded.